JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HAIYWANG WANG,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DESERT VIEW ANNEX DETENTION FACILITY et al.,<br><br>Respondents. | Case No. 5:26-cv-01595-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part the Petition for Writ of Habeas Corpus filed on April 24, 2026.

Date: April 30, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge